FILED '09 OCT 09 11:57 USDC-ORE

**Keith D. Karnes**, Oregon State Bar ID Number 03352
kkarnes@olsendaines.com
Olsen, Olsen & Daines, LLC
1599 State St.
P.O. Box 12829
Salem, OR  97309-0829
Telephone (503) 362-9393
Fax (503) 362-1375

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| EDWARD BERNABE; MONICA MARTINEZ; RUTH MARTINEZ; and GINA OTT; | Case No. 09-6279-TC |
| Plaintiffs, | COMPLAINT |
| v. | JURY REQUESTED |
| DERRICK E. MC GAVIC dba THE LAW OFFICE OF DERRICK E. MC GAVIC; SARAH E. FUDGE; KRISTAN K. FINNEY; LVNV FUNDING, LLC.; VALLEY PROCESS SERVICES, INC. dba VALLEY PROCESS SERVICES, LLC.; JASON WILLIAMS; and JOHN DOE | |
| Defendants | |

## JURISDICTION

1.      Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C.

§1692k(d) for plaintiffs' FDCPA claims; this Court has jurisdiction over plaintiffs' state law

COMPLAINT                                                                              Page 1

ı 000004813

claims pursuant to 28 U.S.C. § 1367.

2.    This action arises out of Defendants' violations of the Fair Debt Collection

Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") and state law.

3.    Venue is proper in this District because the acts and transactions occurred here.

PARTIES

4.    Plaintiff Edward Bernabe  (hereinafter "Bernabe") is a natural person who resides

in the City of Junction City, State of Oregon, and is a "consumer" as that term is defined by 15

U.S.C. § 1692a(3).

5.    Plaintiff Monica Martinez  (hereinafter "M. Martinez") is a natural person who

resides in the City of Junction City, State of Oregon, and is a "consumer" as that term is defined

by 15 U.S.C. § 1692a(3).

6.    Plaintiff Ruth Martinez  (hereinafter "R. Martinez") is a natural person who

resides in the City of South San Francisco, State of California, and is a "consumer" as that term

is defined by 15 U.S.C. § 1692a(3).

7.    Plaintiff Gina Ott  (hereinafter "Ott") is a natural person who resides in the City of

Stevenson Ranch, State of California, and is a "consumer" as that term is defined by 15 U.S.C. §

1692a(3).

8.    Defendant Derrick Mc Gavic dba Law Offices of Derrick E. Mc Gavic, Defendant

Sarah E. Fudge, Kristan K. Finney,  (collectively referred to as "Mc Gavic defendants") are

attorneys operating from an address of 1666 W 12th Ave., Eugene, OR 97440 and are each a

"debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

9.    Defendant LVNV Funding, LLC (hereinafter "LVNV") is not licenced to conduct

COMPLAINT                                                                    Page 2

business in the state of Oregon and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

10.    Defendant Valley Process Services, Inc. dba Valley Process Services, LLC (hereinafter "Valley Process Services") is a process service company operating from an address of 4978 Morely Loop, Eugene, OR 97402.

11.    Defendant Jason Williams (hereinafter "Williams") is a process server employed by Valley Process Services operating from an address of 4978 Morely Loop, Eugene, OR 97402.

12.    Defendant John Doe performed a skip trace of Defendant Monica Martinez.

FACTUAL ALLEGATIONS

13.    Derrick McGavic on behalf of Defendant LVNV filed suit against Plaintiff M. Martinez in the Lane County Circuit Court.

14.    Defendants attempted service on  Plaintiff M. Martinez at the address of 24382 High Pass Road, Junction City, OR 97448.

15.    Defendants service attempts were unsuccessful.

16.    Defendant Derrick McGavic, Valley Process Services, and Williams falsely claimed Plaintiff M. Martinez was avoiding service. See Exhibit A.

17.    Defendant Derrick McGavic filed an affidavit with the Lane County Circuit Court that he had carefully verified that Ms. Martinez was the owner of 24382 High Pass Road with the Lane County Tax Assessor.  Defendant Derrick McGavic's affidavit further stated that he had verified with the Oregon Department of Motor Vehicles that Ms. Martinez lived at 24382 High Pass Rd.  Mc Gavic's affidavit further stated that John Doe had performed a skip trace and also independently told Derrick McGavic that the Lane County Tax Assessor and the Oregon DMV

COMPLAINT                                                                                    Page 3

indicated that Ms. Martinez lived at 24382 High Pass Road. See Exhibit B.

     18.     Defendant Derrick McGavic's affidavit was false.

     19.     Ms. Martinez has not lived at 24382 High Pass Road at any time in the past.

     20.     Neither Lane County nor the Oregon DMV have record of Ms. Martinez living at 24382 High Pass Rd. Exhibit C

     21.     Plaintiff Edward Bernarbe is the sole owner of 24382 High Pass Rd.

     22.     Defendants LVNV and the McGavic defendants obtained a default judgment against Ms. Martinez based on Derrick McGavic's false affidavits and the false representations of Valley Process and Williams.

     23.     Defendant Sarah E. Fudge issued a writ of garnishment against Plaintiff M. Martinez after obtaining the default judgment.

     24.     Plaintiff M. Martinez did not receive notice of the lawsuit until Defendant McGavic garnished her bank account, and bank accounts and safe deposit box, of her mother, Plaintiff R. Martinez and friend, Plaintiff Ott. Plaintiff M. Martinez was listed on these accounts as a signor and for emergency purposes only.

     25.     Defendants filed a false affidavit claiming that M. Martinez was served when they moved for a default judgment. Exhibit D

     26.     Defendants worked in concert to obtain liens against Plaintiff M. Martinez's property.

     27.     Defendant M. Martinez filed a complaint against the McGavic Defendants with the Department of Justice in an effort to resolve this matter.

     28.     Defendant Kristan K. Finney made false statements to Becky Papke with the Civil

COMPLAINT                                           Page 4

Enforcement Division of the Department of Justice regarding Plaintiff M. Martinez.

29.    The Lane County Circuit Court has vacated the default judgment entered against plaintiff M. Martinez based on defendant Mc Gavic's false affidavit.

30.    The Defendants have failed to return Plaintiff Ott and Plaintiff M. Martinez's money they received through the garnishment process.

31.    As a direct and proximate result of Defendants' actions each Plaintiff has suffered actual damages in the form of emotional distress, anger, anxiety, worry, frustration, among other negative emotions.

## TRIAL BY JURY

32.    Plaintiffs are entitled to and hereby respectfully demand a trial by jury.  US Const. amend. 7.  Fed. R. Civ. Pro. 38.

## CAUSES OF ACTION

## COUNT I.

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

## 15 U.S.C. § 1692 *et seq.*

## (LVNV and MCGAVIC DEFENDANTS)

33.    Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

34.    The foregoing acts and omissions of Defendants constitute numerous and multiple violations of the FDCPA including, but not limited to, 15 U.S.C. § 1692d, 1692e, 1692e(2)A, 1692e(5), 1692e(10), 1692f.

35.    As a result of Defendants' violations of the FDCPA, Plaintiffs are each entitled to

COMPLAINT                                                                 Page 5

actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3).

COUNT II.

ABUSE OF PROCESS

(ALL DEFENDANTS)

36.    Plaintiffs incorporate by reference all of the paragraphs of this Complaint as though fully stated herein.

37.    Defendants actions constitute abuse of process.

38.    As a result of such action each Plaintiff is entitled to actual damages and punitive damages in an amount to be determined at trial.

ABUSE OF A VULNERABLE PERSON

(All Defendants)

39.    Plaintiffs incorporate by reference each paragraph of this complaint.

40.    At all times material Plaintiff Ruth Martinez is 65 years of age and is disabled.

41.    At all times material Plaintiff Edward Bernabe is a person with disabilities as that term is defined by ORS 124.100.

42.    Defendants' actions in collecting against Edward Bernabe and Ruth Martinez and their assets is abuse of a vulnerable person as defined by ORS 124.110.

CONVERSION

(All Defendants)

43.    Plaintiffs incorporate by reference each paragraph of this complaint.

COMPLAINT                                                                 Page 6

44.    Defendants acted in concert to obtain a judgment by fraud and to levy on plaintiffs' assets using a void judgment.

45.    The collection and retention of plaintiffs' assets is conversion.


## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that judgment be entered against Defendants for:

for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1), 42 U.S.C. 1988 and plaintiffs' state law claims against each and every Defendant;

for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against  each and every Defendant;

for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) and ORS 124.100 against each and every Defendant;

for treble damages in favor of Edward Bernabe and Ruth Martinez against each Defendant pursuant to ORS 124.100;

for punitive damages against each Defendant.


DATED: October 8, 2009.

Keith D. Karnes
OSB # 03352
503-362-9393
Attorney for Plaintiff


COMPLAINT                                                                                        Page 7

FILED

AT....|..|..|.20'CLOCK..|0.....M

AUG 0 5 2008

Circuit Court for Lane County Oregon

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF LANE

LVNV FUNDING, LLC.,

           Plaintiff,

    v.

MONICA A. MARTINEZ,

           Defendant(s).

Case No. 120810363

AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR COURT ORDER FOR SERVICE BY OTHER METHOD

STATE OF OREGON    )
                  ) ss.
County of Lane       )

    I, the undersigned attorney, being first duly sworn, on oath, depose and say as follows:

1.   I am one of the attorneys for the Plaintiff in this case, and make this affidavit in support of the Plaintiff's Motion for Court Order for Service upon Defendant(s) MONICA A. MARTINEZ by Other (Alternative) Method.

2.   As Attorneys for Plaintiff, I can report the service has been attempted upon the Defendant(s) MONICA A. MARTINEZ in this case by personal or substituted service numerous times, all without success.

3.   The process servers this office used has reported back the Defendant(s) MONICA A. MARTINEZ is/are avoiding service and that the server is unable to serve without an Order authorizing service by posting the premises as described in ORCP &D(6)(a).

4.   Both the process server and the office of the undersigned have done a thorough skip tracing and are independently convinced the address listed is the actual abode of the party sought to be served with court documents.

DERRICK E. McGAVIC
ATTORNEY AT LAW
OSB # 63354
P.O. Box 10163
EUGENE, OR 97440
(541) 484-0555
FAX (541) 342-1309
mdmcavyn@mcgavik.com

PAGE 1 -     AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR COURT ORDER FOR SERVICE BY OTHER METHOD

DEM/tca/Augus. 4, 2008/P:N/08-03239-0/(Rev. 01/08/09)

EXHIBIT $A$

PAGE $1$ OF $3$

5.   After careful review the undersigned is of the opinion that service by posting is appropriate and is the most likely method of service to give actual notice to Defendant(s) MONICA A. MARTINEZ.

6.   The Plaintiff has made diligent efforts to locate and serve the Defendant(s) MONICA A. MARTINEZ with court documents which need to be served at 24382 High Pass Rd Junction City, Oregon 97448-9386.

7.   The Assessor's office confirmed that the Defendant owns the property at 24382 High Pass Road, Junction City, Oregon 97448-9386. The Oregon Department of Motor Vehicles shows that the Defendant is registered at 24382 High Pass Road, Junction City, Oregon 97448-9386.

8.   Based upon all the information available to me, I believe Defendant(s) MONICA A. MARTINEZ has and will attempt to avoid or delay service of the current court document requiring service as well as all future court documents which may need to be served in the future.

9.   Finally, I represent that:

   a.   I plan to use the posting order sought here until the Defendant(s) provide my office with a suitable traditional method of service; and

   b.   If and when the Defendant provides this office with adequate assurance of a method of service for the standard and traditional type of service appropriate for the document to be served, I will instruct the process server to use that method and will discontinue service by posting under the Order sought here until traditional methods of service return the server to the similar circumstances which caused the undersigned to seek a service by posting order in the first place.

Plaintiff respectfully requests that service upon Defendant(s) MONICA A. MARTINEZ be ordered pursuant to ORCP 7 D(6)(a) by posting the Summons and Complaint in 3

PAGE 2 -    AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR COURT ORDER FOR SERVICE BY OTHER METHOD

EXHIBIT A
PAGE 2 OF 3

1  conspicuous places at 24382 High Pass Rd Junction City, Oregon 97448-9386 followed by the

2  mailing a copy of the Summons and Complaint to Defendant(s) by First Class Mail to that

3  address. Plaintiff additionally requests that the time required for response by the Defendant(s)

4  MONICA A. MARTINEZ to avoid a Default Judgment be set for thirty (30) days after the

5  date of said mailing. Plaintiff finally requests that Plaintiff be authorized to serve any and all

6  future documents in this case which may hereafter be filed in Court by Plaintiff and which

7  requires service upon Defendant(s) be ordered served in like manner.

8

9
    ☒ Derrick E. Mc Gavic, OSB # 63054
    ☐ Eric J. Kiley, OSB # 02580

10
    ☐ Kristan K. Finney, OSB # 06152
    ☐ Sarah E. Fudge, OSB # 06330

11
    Of Attorneys for Plaintiff

12      SIGNED AND SWORN TO before me on _____August 4, 2008_____, by

13  ☒ Derrick E. Mc Gavic; ☐ Eric J. Kiley; ☐ Kristan K. Finney; ☐ Sarah E. Fudge.

14
    OFFICIAL SEAL
    LAURIE A BUSENBARK
    NOTARY PUBLIC - OREGON

15
    COMMISSION NO. 396331
    MY COMMISSION EXPIRES AUG. 22, 2009
    NOTARY PUBLIC FOR OREGON

16      UTCR 2.010 Document Information

17      Trial Attorney Not Yet Assigned

18

19

20

21

22

23

24

25

26

DERRICK E. MC GAVIC
ATTORNEY AT LAW
OSB # 63054
P.O. Box 10161
Eugene, OR 97440
(541) 485-0555
Fax (541) 302-4500
esattorneys@mcgavic.com

PAGE 3 -    AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR COURT ORDER
    FOR SERVICE BY OTHER METHOD

DEM:rea/August 4, 2008/P1N/08-03239-0/(Rev. 01/08/09)

EXHIBIT __A__

PAGE __3__ OF __3__

1

FI—D

2
AT.....

3
AUG 05 2009

4
IN THE CIRCUIT COURT OF THE STATE OF OREGON

5
FOR THE COUNTY OF LANE

6
LVNV FUNDING, LLC.,                           Case No. 120810363

7
                         Plaintiff,

8                                             **AFFIDAVIT OF**
        v.                                    **COUNSEL**

9
MONICA A. MARTINEZ,

10
                         Defendant(s).

11

12
STATE OF OREGON,        )
                        ) ss.

13
County of Lane.         )

14
        I, the undersigned, being first duly sworn on oath, do depose and say:

15
1.    I am one of the attorneys for the Plaintiff herein.

16
2.    We have been attempting to serve the Defendant(s), MONICA A. MARTINEZ with

17
      Summons and Plaintiff's Complaint since May 07, 2008.

18
3.    Attempts to serve MONICA A. MARTINEZ were made by both regular mail and

19
      certified mail, restricted delivery with return receipt as well as in person by a process

20
      server at:

21
      a.    MONICA A. MARTINEZ's last known address at 24382 High Pass Road,

22
            Junction City, Oregon 97448-9386.

23
4.    The Oregon Department of Motor Vehicles indicates that the Defendant is registered at

24
      24382 High Pass Road, Junction City, Oregon 97448-9386.

25
5.    The Assessor's office confirmed that the Defendant owns the property at 24382 High

26
      Pass Road, Junction City, Oregon 97448-9386.

Page 1 -    AFFIDAVIT OF COUNSEL

**EXHIBIT** B
**PAGE** 1 OF 2

6.    I am submitting a Motion for Alternate Service by Other Methods to the court.

7.    I request the case be continued for sixty (60) days within which to achieve service upon the Defendant(s).

_____
Derrick E. Mc Gavic, OSB # 63054
Of Attorneys for Plaintiff

SIGNED AND SWORN TO before me on ___August 4, 2008___, by Derrick E. Mc Gavic.

_____
NOTARY PUBLIC FOR OREGON

OFFICIAL SEAL
LAURIE A BUSENBARK
NOTARY PUBLIC - OREGON
COMMISSION NO. 396333
MY COMMISSION EXPIRES AUG. 22, 2009

Page 2 -    AFFIDAVIT OF COUNSEL

Derrick E. Mc Gavic
Attorney at Law
OSB # 63054
P.O. Box 10163
Eugene, OR 97440
(541) 485-4558
Fax (541) 342-5903
attorney@mcgavic.com

DEM/rca/August 4, 2008/P45 – /08-03239-O/(Rev. 01/11/08)

EXHIBIT_____B_____
PAGE____2____OF____2____

```
DATE PRODUCED          DRIVER AND MOTOR VEHICLE SERVICES
02/25/09                          89718                              PAGE  1

.LIC NO.███████   NAME:MARTINEZ, MONICA ANN              DOB████████
                  ADD:24468 HIGH PASS RD               RESTRICT
                      JUNCTION CITY      OR    974480000
EXPIRES 11/03/09  LIC TYPE - C              8 YEAR    1ST LIC 01/29/01
ENDORSE  -          CDL - NO    POLICY -

          ** DRIVING RECORD ENTRIES AND STATUS AS OF 02/25/09**

 ISS  01/29/01  INT EXP: 00/00/00  MAILED: 00/00/00
 DUP  04/10/08  STICKER
```

I, THE UNDERSIGNED, BEING DULY APPOINTED AND HAVING WITHIN MY CUSTODY THE
RECORDS OF DRIVER AND MOTOR VEHICLE SERVICES, DEPARTMENT OF TRANSPORTATION,
STATE OF OREGON, HEREBY CERTIFY THAT THE FOREGOING DRIVING RECORD COPY IS
A CORRECT TRANSCRIPT OF THE SPECIFIED DATA CONTAINED WITHIN THE DATA PROCESSING
DEVICE OR COMPUTER.

SIGNED UNDER THE SEAL OF THE DEPARTMENT THIS 25TH    DAY OF FEBRUARY, 2009

                                        MANAGER, CUSTOMER SERVICES

        MAIL TO:                  BY

        OLSEN, OLSEN & DAINES           *Diane L. Reeves*
        ATTN: KIMBERLY CONDON
        PO BOX 12829
        SALEM OR 97309
                                EXHIBIT_____C_____

                                PAGE__1__OF__1__





# AFFIDAVIT OF SERVICE

**State of Oregon**                    County of Lane                    Lane County Circuit Court

Case Number: 12-08-10363



Plaintiff:
**LVNV FUNDING, LLC.,**

vs.

Defendant:
**MONICA A. MARTINEZ**

Received by Valley Process Services, LLC. to be served on Monica A. Martinez, 24382 High Pass Rd., Junction City, OR 97448.

I, Jason Williams, being duly sworn, depose and say that on the 23rd day of August, 2008 at 9:42 am, I:

**POSTED by attaching a true copy of the Amended Summons and Complaint, Motion and Order and Affidavit in Support for Service by Alternative Methods** with the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's RESIDENCE at the address of: **24382 High Pass Rd., Junction City, OR 97448.**

I HEREBY CERTIFY that I completed substitute service, as required by law, by mailing a true copy of the foregoing document(s) along with a notice of the date, time and place where service was made to:  Monica A. Martinez at 24382 High Pass Rd., Junction City, OR 97448 on 8/25/2008.  Signed _____

**ALL SEARCH AND SERVICE WAS MADE WITHIN THE COUNTY OF LANE**

I am a competent person over the age of 18, a resident of said state, not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise and knew that the person, firm, or corporation served is the identical one named in the action.

_____
**Jason Williams**
Process Server

**Valley Process Services, LLC.**
P.O. Box 11822
Eugene, OR  97440
(541) 683-3301

Subscribed and Sworn to before me on the 25th day
of August, 2008 by the affiant who is personally known
to me.

_____
NOTARY PUBLIC

OFFICIAL SEAL
ABIGAIL WILLIAMS
NOTARY PUBLIC - OREGON
COMMISSION NO. 417361
MY COMMISSION EXPIRES MAY 14, 2011

Our Job Serial Number: 2008003369
Ref: 803239

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2i

EXHIBIT _D_

PAGE _1_ OF _1_